**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
1888 Century Park East, Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101
Email: heley@dollamir.com

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

FILED

10 JUL 26 PM 4: 02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| EMMA HOVHANNISYAN,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE SERVICES LLC<br><br>Defendant. | CASE NO.: **CV10 5524-PA (JEM)**<br><br>NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §1331 (FEDERAL QUESTION) AND 28 U.S.C. § 1441(b)-(c)<br><br>*(Filed concurrently with Civil Cover Sheet, Notice of Interested Parties, Notice to Adverse Parties of Removal to Federal Court, and Related Documents)* |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** Defendant Capital One Bank (USA), NA, (erroneously sued as Capital One Services LLC) ("Capital One") hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b) and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b). In support thereof, Capital One asserts:

1. On June 18, 2010, Plaintiff Emma Hovhannisyan ("Plaintiff") filed a claim in the Superior Court of the State of California for the County of Los Angeles, Central District, designated as Case Number 10M06367 (the "Action").

2. Plaintiff's claim was sent via certified mail on June 22, 2010 to 2730 Gateway Oaks Dr., Suite 100, Sacramento, CA 95833. Capital One first received the initial pleading on June 24, 2010 via its registered agent for service of process, Corporation Service Company, located in Sacramento, CA. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders served upon Defendant in this case is attached hereto as Exhibit "A."

3. Plaintiff's sole allegation is that "Because of Defendant's inaccurate reporting on the Plaintiff's credit report, the Plaintiff was denied for employment and suffered financial hardship." Although the complaint does not the cite federal statute, it is well established that claims against a furnisher of information to credit reporting agencies fall within the purview of the Fair Credit Reporting Act, which is codified at 15 U.S.C. § 1681 *et seq.* "Congress enacted the [FCRA] in 1970 'to ensure fair and accurate credit reporting, promote efficiency in the banking system, and protect consumer privacy.'" Gorman v. Wolpoff & Abramson, LLP, 584 F.3d 1147, 1153 (9th Cir. 2009).

4. To the extent Plaintiff's claims invoke the "artful pleading doctrine," 15 U.S.C. 1681t(b)(1)(F) preempts state law claims "relating to the responsibilities of persons who furnish information to consumer reporting agencies. . . ." Indeed, only

1

two exceptions to this rule are provided in the statute. One of those exceptions is California Civil Code section 1785.25. However, Plaintiff does not allege a violation of the California statute. Moreover, even if Plaintiff did allege such a violation, no private right of action exists. "While this provision is saved from FCRA preemption, it is notable that California Civil Code §§ 1785.25(g) and 1785.31, the provisions that create a private right of action to enforce § 1785.25(a), are preempted." Buraye v. Equifax, 625 F.Supp.2d 894, 901-902 (C.D.Cal. 2008). Furthermore, "state law negligence and defamation claims are preempted by the FCRA." Id. at 900. Therefore, Plaintiff is left with a bare allegation that plainly invokes federal jurisdiction under the FCRA.

5. The Action is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1331 and § 1441(b)-(c), because this Court would have had original jurisdiction founded on Plaintiff's claims arising under the Fair Credit Reporting Act, a law of the United States.

## REMOVAL JURISDICTION AND VENUE

6. This Notice of Removal is "filed within thirty [30] days after receipt by the defendant . . . of a copy of [Plaintiffs' Summons and Complaint]" in accordance with the time period mandated by 28 U.S.C. §1446(b). Pursuant to Federal Rule of Civil Procedure 6(a)(3), the last day to remove this case is July 26, 2010.

7. Venue lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. §1441(a) because the Action was filed in this District.

**WHEREFORE** Defendant prays that the above action now pending against it in the Superior Court of the State of California, County of Los Angeles, Central District, be removed therefrom to this Court.

///
///
///

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 AND 28 U.S.C. § 1441(b)-(c)
(FEDERAL QUESTION)

| | | |
|---|---|---|
| 1 | DATED: July 26, 2010 | **DOLL AMIR & ELEY LLP** |
| 2 | | |
| 3 | | By: /s/ Hunter R. Eley |
| 4 | | Hunter R. Eley<br>Attorneys for Defendant<br>CAPITAL ONE BANK (USA), N.A. |

3

# EXHIBIT A

| SC-100 | **Plaintiff's Claim and ORDER to Go to Small Claims Court** |
|---|---|

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.



*Clerk stamps date here when form is filed.*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 18 2010

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
~~CAPRICE JACKSON~~

*Fill in court name and street address:*
Superior Court of California, County of
Los Angeles Superior Court
Small Claims Division
110 North Grand Avenue, Room 428
Los Angeles, CA 90012

*Clerk fills in case number and case name:*
Case Number: 10N06367
Case Name:

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. 6/1/10 | 8:30 AM | DEPT. 90, RM 541, 110 N. GRAND AVE., LA., CA. | |
| | 2. | | | |

Date: 3. JUN 18 2010     Clerk, by _John A. Clarke_, _C. Jackson_ Deputy

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2008, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5 →

American LegalNet, Inc.
www.FormsWorkflow.com

**Certified Mail Requested**

| | Case Number: |
|---|---|
| | 10M06367 |

Plaintiff *(list names):* _____

① **The Plaintiff (the person, business, or public entity that is suing) is:**
Name: Emma Hovhannisyan                                Phone: (   )
Street address: 1824 N. Gramercy Pl. Apt. 22    Los Angeles    CA    90028
                  *Street*                                 *City*         *State*   *Zip*
Mailing address *(if different):* _____
                  *Street*                                 *City*         *State*   *Zip*

**If more than one Plaintiff, list next Plaintiff here:**
Name: _____    Phone: (   )
Street address: _____
                  *Street*                                 *City*         *State*   *Zip*
Mailing address *(if different):* _____
                  *Street*                                 *City*         *State*   *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

② **The Defendant (the person, business, or public entity being sued) is:**
Name: Capital One Services LLC                         Phone: (   )
Street address: 1680 Capital One Drive          McLean        VA    22102
                  *Street*                                 *City*         *State*   *Zip*
Mailing address *(if different):* 2730 Gateway Oaks Dr. # 100   Sacramento    CA    95833
                  *Street*                                 *City*         *State*   *Zip*

**If more than one Defendant, list next Defendant here:**
Name: _____    Phone: (   )
Street address: _____
                  *Street*                                 *City*         *State*   *Zip*
Mailing address *(if different):* _____
                  *Street*                                 *City*         *State*   *Zip*

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

③ **The Plaintiff claims the Defendant owes $** 500 _____. *(Explain below):*
   a. Why does the Defendant owe the Plaintiff money? Because of Defendant's inaccurate reporting on the Plaintiff's credit report, the Plaintiff was denied for employment and suffered financial hardship.

   b. When did this happen? *(Date):* _____
      If no specific date, give the time period: *Date started:* 12-04-2009    *Through:* 06-17-2010
   c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* Loss of income and mental distress equals five hundred dollars.

   ☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Case Number: 10M06367

Plaintiff *(list names):* _____

**(4) You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No
*If no, explain why not:* _____

**(5) Why are you filing your claim at this courthouse?**
This courthouse covers the area *(check the one that applies)*:
 a. ☑ (1) Where the Defendant lives or does business.
   (2) Where the Plaintiff's property was damaged.
   (3) Where the Plaintiff was injured.
   (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

 b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

 c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

 d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

 e. ☐ Other *(specify):* _____

**(6) List the zip code of the place checked in ⑤ above** *(if you know):* 90012

**(7) Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**(8) Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**(9) Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No *If yes, the filing fee for this case will be higher.*

**(10) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(11)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: _____  Emma Hovhannisyan           ▶ */s/ [signature]*
              *Plaintiff types or prints name here*        *Plaintiff signs here*

Date: _____  _____              ▶
              *Second Plaintiff types or prints name here*   *Second Plaintiff signs here*


**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

Revised January 1, 2008 — **Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims) — SC-100, Page 3 of 5 →

**SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES**

CENTRAL DISTRICT-STANLEY MOSK COURTHOUSE
SMALL CLAIMS OFFICE
110 NORTH GRAND AVENUE, ROOM 429
LOS ANGELES, CALIFORNIA 90012

CERTIFIED MAIL

7010 0290 0000 8699 6768

$ 05.54
JUN 22 2010
MAILED FROM ZIP CODE 90012

Capital One Services LLC
CSC Lawyers Incorporating
2730 Gateway Oaks Dr. #100
Sacramento Ca 95833
10M06367 8/6 A